```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                      Case No. 15-17597-AJC
Robin Elaine Lewis                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1         User: skinner-g         Page 1 of 1      Date Rcvd: Apr 28, 2015
                             Form ID: B9A            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2015.

```
db              Robin Elaine Lewis,   2350 NW 63 Street, Apt. C,   Miami, FL 33147-7769
92967377       +AT & T,   c/o CT Corporation System,   1200 S. Pine Island Road,
                 Fort Lauderdale, FL 33324-4459
92967379       +Enhanced Recovery Corporation,   P.O. Box 57547,   Jacksonville, FL 32241-7547
92967381        Florida's Turnpike Enterprise,   PO Box 904111,   Charlotte, NC 28290-4111
92967383       +JP Morgan Chase Bank, N.A.,   Attn: Customer Bankruptcy,   P.O. Box 659754,
                 San Antonio, TX 78265-9754
92967384       +Linebarger, Goggan, Blair & Sampson, LLP,   PO Box 56107,   Jacksonville, FL 32241-6107
92967386       +Miami Dade County Public Housing,   c/o Mehdi Manseur, Esq.,   De Leon & De Leon P.A.,
                 66 West Flagler Street, Suite 800,   Miami, FL 33130-1887
92967389       +Quick Cash Auto Loans, Inc.,   18400 SW 97 Avenue,   Miami, FL 33157-7023
92967390        South FL Group Services LLC,   PO Box 405727,   Atlanta, GA 30384-5727
92967391        State of Florida,   Dept. of Highway Safety & Motor Vehicles,   Division of Motorist Services,
                 Neil Kirkman Building,   Tallahassee, FL 32399-0570
92967392       +Stellar Recovery Inc.,   1327 Highway 2 W, Ste. 100,   Kalispell, MT 59901-3413
92967393       +Swiss Colony,   1112 7th Ave.,   Monroe, WI 53566-1364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: jfons@lsgmi.org Apr 29 2015 00:39:22     Jose F Fons,   3000 Biscayne Blvd # 500,
                 Miami, FL 33137
tr             +EDI: QMMYIP.COM Apr 29 2015 00:28:00     Maria Yip,   2 S. Biscayne Blvd #2690,
                 Miami, FL 33131-1815
smg             EDI: FLDEPREV.COM Apr 29 2015 00:28:00     Florida Department of Revenue,   POB 6668,
                 Tallahassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 29 2015 00:39:55     Office of the US Trustee,
                 51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
92967378       +EDI: CONVERGENT.COM Apr 29 2015 00:28:00     Convergent Outsourcing,
                 10750 Hammerly Blvd Suite 200,   Houston, TX 77043-2317
92967380       +EDI: AMINFOFP.COM Apr 29 2015 00:28:00     First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
92967382        EDI: IRS.COM Apr 29 2015 00:28:00     Internal Revenue Service,   Atlanta, GA 39901-0002
92967385       +EDI: RESURGENT.COM Apr 29 2015 00:28:00     LVNV Funding LLC,   P.O. Box 10497,
                 Greenville, SC 29603-0497
92967387        EDI: PRA.COM Apr 29 2015 00:28:00     PORTFOLIO RECOVERY ASSOCIATES,   120 Corporate Boulevard,
                 Suite 100,   Norfolk, VA 23502
92967388        EDI: PRA.COM Apr 29 2015 00:28:00     Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                 Norfolk, VA 23541
92967394       +EDI: RMSC.COM Apr 29 2015 00:28:00     SYNCB/HH Gregg,   P.O. Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2015 at the address(es) listed below:
```
              Jose F Fons    on behalf of Debtor Robin Elaine Lewis jfons@lsgmi.org, ozaribaf@lsgmi.org
              Maria Yip    trustee@yipcpa.com, myip@ecf.epiqsystems.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (10/10/14)    Case Number **15–17597–AJC**

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/27/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.
**NOTE: THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**\*\* See Reverse Side For Important Explanations and SDFL Local Court Requirements. \*\***

**Debtor(s) name(s) and address(es)** (for names include married, maiden and trade used by the debtor(s) in the last 8 years):
Robin Elaine Lewis
2350 NW 63 Street, Apt. C
Miami, FL 33147–7769

| **Case Number:** 15–17597–AJC | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–3290 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:** Jose F Fons 3000 Biscayne Blvd # 500 Miami, FL 33137 **Telephone number:** 305–438–2433 | **Bankruptcy Trustee (name and address):** Maria Yip 2 S. Biscayne Blvd #2690 Miami, FL 33131 **Telephone number:** (305) 908–1862 |

### MEETING OF CREDITORS

Date: **June 1, 2015**    Time: **11:00 AM**

Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130**

**Note: Debtors must bring original government–issued photo identification and proof of the social security number (or if applicable Tax ID) to this meeting.**
**WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:** 7/31/15
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
30 days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:** US Bankruptcy Court 301 North Miami Avenue, Room 150 Miami, FL 33128 Telephone:(305)714–1800 | |
|---|---|
| **Hours Open:** Monday – Friday 8:30 AM – 4:00 PM Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Joseph Falzone **For:** Judge A. Jay Cristol **Date:** 4/28/15 |

## EXPLANATIONS

FORM B9A (10/10/14)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government-issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date specified in a notice filed with the court. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019-1(E) and 3002-1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint -- or file a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) -- by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front side of this form. The bankruptcy clerk's office must receive the complaint or motion and the required filing fee by that deadline. Writing a letter to the court or judge is not sufficient. The discharge will not be issued until the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format at any clerk's office public terminal (at no charge for viewing ) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (866) 222-8029. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007-1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 business days. Objections to the report must be filed within 14 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

-- Refer to Other Side for Important Deadlines and Notices --